May 18, 2020

Dear Judge Paul A. Crotty,

I am currently a federal prisoner who has been in prison for over 14 years for wire fraud. I was scheduled to be released on May 12, 2020 from a program unit. I was recently informed that I would not be released because of the virus.

My first encounter with the government started during the 1980's after I had a personal problem with Joe Biden. I operated DuPont Model Management with Catalina Leisenring, the daughter-in-law of Julia duPont. Catalina was married to Edward Leisenring, who was a good friend of Joe Biden.

During the 1980's I published a story in a company newsletter about Biden's first presidential campaign paying Catalina $1000's for photography work (Catalina is also a photographer). Biden [was upset a]nd contacted me multiple

RECEIVED
MAY 28 2020
CHAMBERS OF
HONORABLE PAUL A. CROTTY
U.S.D.J.

times with threats, including violents. At the time Biden was having an affair with Catalina, and would frequently come to our office at 11 DuPont Circle in DC and have sex with Catalina.

After being threatened by Biden, the FBI, Postal Inspectors, and the Federal Trade Commission (FTC) started terrorizing me for years. Everything about Biden is mentioned in depositions that I had to give to the FTC in DC during the 1990's and to the federal prosecutors in the Eastern District of Pennsylvania. Copies of the newsletters were filed with the court.

I am currently suffering from a life threatening illness, and the B.O.P. refuses to release me. I do fall into the category of vulnerable inmates that Attorney General William Barr recommended to be released to home confinement because of the virus.

Can you please come forward and help me, and expose Biden. I have been terrorized for years by corrupt government officials. I am willing to take a polygraph test regarding any of my claims about Biden.

Sincerely yours,

[signature]

George Tonks
09650-424
Federal Correctional Institution-Beckley
P.O. Box 350
Beaver, WV 25813

Honorable Paul A. Crotty
United States District Judge
500 Pearl Street
New York, NY 10007

