7/7/2020
This letter dated June 12, 2020 is noted. SO ORDERED.

*Paul A. Crotty*

June 12, 2020

Dear Gabriel T. Rubin,

I read your column in The Wall Street Journal (June 6-7, 2020) about Kris W. Kobach, and the concerns that the National Republicans have with him.

It's about time! Hopefully they will stop making me out to be a raging lunatic and start believing my story about Kobach. Here I still sit rotting in prison after 14 years for conspiracy to commit wire fraud crimes that I am innocent of. I passed a polygraph test about Kobach, and his former gay lover Brian J. Hamway, but they still keep covering up for him. I will be released from prison on August 12, 2020 and will be available for interviews, and additional polygraph tests regarding my claims about Kobach.

My problems with the government started during the 80's and 90's after having a personal problem with Joe Biden. I operated DuPont Model Management with Catalinia Liesenring, the daughter-in-law of Julia duPont Liesenring. At the time Catalinia was married to Edward Liesenring, who was a good friend of Joe Biden.

During the 80's I published an article in a company newsletter about Biden's first presidential campaign paying Catalinia $1000's for photography work (Catalinia is also a photographer). Biden went crazy and contacted me multiple times with threats, including violents. At the time Biden was having an affair with Catalinia and would frequently come to our office at 11 DuPont Circle in DC and have sex with Catalinia.

After being threatened by Biden, the FBI, Postal Inspectors, and the Federal Trade Commission (FTC) started terrorizing me for years. Everything about Biden was mentioned in depositions that I had to give to the FTC in DC during the 90's and to the federal prosecutors for the Eastern District of Pennsylvania. Copies of the newsletters were filed with the court and are available at the clerk's office.

Because of the virus the prison has been locked down since April 1, 2020, and I do not have access to all of my legal work. I am sending you a few documents that I do have available. You can contact me at the address below.

Sincerely,

[signature]

P.S.: Can you provide Rep. Roger Marshall with a copy of this letter.

My mailing address is:
George Tonks, Reg. No.: 09650-424
FCI-Beckley
P.O. Box 30
Pinellas Park, FL 32781

You can Google me at:
"George Tonks"
"George Bing Tonks"
"Bing Tonks"

I am not sure if any of these accounts are still open.
BingTonks.blogspot.com
FreeGeorgeTonks.blogspot.com

Twitter.com/BingTonks
Twitter.com/FreeGeorgeTonks
Twitter.com/ReleaseTonks
Twitter.com/ImpeachReade

Gab.com/BingTonks

Instagram.com/BingTonks

George Tonks
Reg. No. 09650424
Federal Correctional Institution-Beckley
P.O. Box 350
Beaver, WV 25813

CHARLESTON WV 250
15 JUN 2020 PM 4"L

USM-3
SDNY

Honorable Paul A. Crotty
United States District Judge
500 Pearl Street
New York, NY 10007

10007-131699